# EXHIBIT E

## Comparison of The Representative Claims In *SimpleAir IV* and *V* Patents

| *SimpleAir IV* Patents | | *SimpleAir V* Patents | |
| --- | --- | --- | --- |
| U.S. Patent No. 8,639,838 | U.S. Patent No. 8,656,048 | U.S. Patent No. 9,356,899 | U.S. Patent No. 9,380,106 |
| 1. A system for transmitting data to selected remote computing devices comprising:<br><br>a server system including:<br><br>a first software subsystem configured to receive data from one or more information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers configured to break or divide the received data into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second software subsystem configured to build data blocks from the parsed data, and to assign addresses to the data blocks;<br><br>a third software subsystem configured to prepare the data blocks for transmission as messages to the selected remote computing devices;<br><br>a transmission gateway for transmitting the messages to the selected remote computing devices for instantaneously notifying the selected remote computing devices of receipt of the received data whether the selected remote computing devices are online or offline to the information providers of the received data. | 1. A method for transmitting data to selected remote computing devices comprising:<br><br>receiving data from one or more information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>parsing the data by one or more parsers, wherein parsing comprises breaking or dividing the received data into components whose content or format can be analyzed, processed, or acted upon;<br><br>building data blocks from the parsed data;<br><br>assigning addresses to the data blocks;<br><br>preparing the data blocks for transmission as messages to the selected remote computing devices;<br><br>transmitting the messages to the selected remote computing devices and notifying the selected remote computing devices of receipt of the received data whether the selected remote computing devices are online or offline to the information providers of the received data. | 1. A server system for causing data to be transmitted to selected remote computing devices comprising:<br><br>a first gateway configured to receive data from plural information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers comprising computer software programs, routines or functions configured to break or divide at least some of the data received from the information providers into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second gateway configured to build data blocks from the data, and to assign addresses to the data blocks, wherein the data blocks include sufficient information to be effectively communicated to a third gateway configured to prepare the data blocks for transmission as messages to the selected remote computing devices to be viewed by viewers specific to the information providers in each of the selected remote computing devices. | 1. A method for transmitting data from an information provider to selected remote computing devices, wherein the information provider provides one or more categories or subcategories of information to remote computing devices for viewing on the selected remote computing devices, the method comprising:<br><br>the information provider communicating with a central broadcast server;<br><br>the information provider providing data to the central broadcast server for the central broadcast server to parse by one or more parsers, build data blocks, assign addresses, and transmit data to be viewed by a viewer specific to the information provider in each of the selected remote computing devices. |

1

# Comparison of The Asserted Independent Claims in *SimpleAir IV* Patents

| U.S. Patent No. 8,639,838 | U.S. Patent No. 8,656,048 |
|---|---|
| **Claim 1** | **Claim 1** |
| 1. A system for transmitting data to selected remote computing devices comprising:<br><br>a server system including:<br><br>a first software subsystem configured to receive data from one or more information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers configured to break or divide the received data into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second software subsystem configured to build data blocks from the parsed data, and to assign addresses to the data blocks;<br><br>a third software subsystem configured to prepare the data blocks for transmission as messages to the selected remote computing devices;<br><br>a transmission gateway for transmitting the messages to the selected remote computing devices for instantaneously notifying the selected remote computing devices of receipt of the received data whether the selected remote computing devices are online or offline to the information providers of the received data. | 1. A method for transmitting data to selected remote computing devices comprising:<br><br>receiving data from one or more information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>parsing the data by one or more parsers, wherein parsing comprises breaking or dividing the received data into components whose content or format can be analyzed, processed, or acted upon;<br><br>building data blocks from the parsed data;<br><br>assigning addresses to the data blocks;<br><br>preparing the data blocks for transmission as messages to the selected remote computing devices;<br><br>transmitting the messages to the selected remote computing devices and notifying the selected remote computing devices of receipt of the received data whether the selected remote computing devices are online or offline to the information providers of the received data. |

## Comparison of The Asserted Independent Claims in *SimpleAir V* Patents

| U.S. Patent No. 9,356,899 | | U.S. Patent No. 9,380,106 | | |
|---|---|---|---|---|
| **Claim 1** | **Claim 9** | **Claim 1** | **Claim 9** | **Claim 16** |
| 1. A server system for causing data to be transmitted to selected remote computing devices comprising:<br><br>a first gateway configured to receive data from plural information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers comprising computer software programs, routines or functions configured to break or divide at least some of the data received from the information providers into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second gateway configured to build data blocks from the data, and to assign addresses to the data blocks, wherein the data blocks include sufficient information to be effectively communicated to a third gateway configured to prepare the data blocks for transmission as messages to the selected remote computing devices to be viewed by viewers specific to the information providers in each of the selected remote computing devices. | 9. A method for causing data to be transmitted to selected remote computing devices comprising:<br><br>a first gateway receiving data from plural information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers breaking or dividing at least some of the data received from the information providers into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second gateway building data blocks from the data and assigning addresses to the data blocks, wherein the data blocks include sufficient information to be effectively communicated to a third gateway configured to prepare the data blocks for transmission as messages to the selected remote computing devices to be viewed by viewers specific to the information providers in each of the selected remote computing devices. | 1. A method for transmitting data from an information provider to selected remote computing devices, wherein the information provider provides one or more categories or subcategories of information to remote computing devices for viewing on the selected remote computing devices, the method comprising:<br><br>the information provider communicating with a central broadcast server;<br><br>the information provider providing data to the central broadcast server for the central broadcast server to parse by one or more parsers, build data blocks, assign addresses, and transmit data to be viewed by a viewer specific to the information provider in each of the selected remote computing devices. | 9. A method for transmitting data from an information provider comprising:<br><br>the information provider providing one or more related categories or subcategories of information as to selected remote computing devices for viewing on the selected remote computing devices;<br><br>the information provider communicating with a central broadcast server;<br><br>the information provider providing data of the one or more categories or subcategories of information to the central broadcast server for the central broadcast server to parse by one or more parsers, build data blocks, assign addresses, and transmit data to a viewer specific to the information provider in each of the selected remote computing devices, whether the selected remote computing devices are online or offline to the information provider. | 16. A server system for causing data to be transmitted to selected remote computing devices comprising:<br><br>a first gateway configured to receive data from plural information providers, wherein each information provider comprises a provider of one or more related categories or subcategories of information;<br><br>one or more parsers configured to break or divide data into components whose content or format can be analyzed, processed, or acted upon;<br><br>a second gateway configured to build data blocks from data, and to assign addresses to the data blocks, wherein the data blocks include sufficient information to be effectively communicated to a third gateway configured to prepare the data blocks for transmission as messages to the selected remote computing devices to be viewed by viewers respectively specific to the information providers in each of the selected remote computing devices. |

3