JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEAIR, INC., | CASE NO.  2:20-cv-02839-JAK (PLAx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

The motion by Defendant Google LLC ("Google") to dismiss the Complaint of Plaintiff SimpleAir, Inc. ("SimpleAir") was granted without leave to amend, i.e., with prejudice. Therefore, Final Judgment in this action is entered as follows:

1.      SimpleAir cannot assert that Google infringes U.S. Patent Nos. 8,656,048 ("the '048 Patent") and 8,639,838 ("the '838 Patent").

2.      The Complaint of SimpleAir for patent infringement against Google is dismissed in its entirety with prejudice.

3.      With the exception of resolution of any motion by Google seeking an award of attorneys' fees and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d), this Final Judgment resolves all claims asserted in this action.

4.      Because Google is the prevailing party, it may apply to recover its costs as provided by Fed. R. Civ. P. 54(d)(1) and L.R. 54.

5.      No later than 21 days after entry of this Final Judgment, Google may file a motion seeking an award of attorneys' fees and related nontaxable expenses pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d). The Court retains jurisdiction to decide such a motion if it is filed.

**IT IS SO ORDERED.**

Dated: September 17, 2020

John A. Kronstadt
 United States District Judge