1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

SIMPLEAIR, INC.,

No.  2:20-cv-02839-JAK (PLAx)

12

Plaintiff,

**ORDER RE STIPULATION OF DISMISSAL (DKT. 145)**

13

v.

14

GOOGLE LLC, et al.,
Defendant.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 145)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

i.      All claims of infringement that SimpleAir, Inc. raised or could have raised in this action are dismissed WITH PREJUDICE.

ii.     All claims, defenses, or counterclaims that Google LLC raised are dismissed WITHOUT PREJUDICE.

iii.    Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____

John A. Kronstadt
United States District Judge